FILE COPY



# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS

<table>
<tr><td>CHIEF JUSTICE<br>TERRIE LIVINGSTON</td><td rowspan="2">TIM CURRY CRIMINAL JUSTICE CENTER<br>401 W. BELKNAP, SUITE 9000<br>FORT WORTH, TEXAS 76196-0211<br><br>TEL: (817) 884-1900<br><br>FAX: (817) 884-1932<br><br>www.txcourts.gov/2ndcoa</td><td>CLERK<br>DEBRA SPISAK</td></tr>
<tr><td>JUSTICES<br>LEE ANN DAUPHINOT<br>ANNE GARDNER<br>SUE WALKER<br>BILL MEIER<br>LEE GABRIEL<br>BONNIE SUDDERTH</td><td>CHIEF STAFF ATTORNEY<br>LISA M. WEST<br><br>GENERAL COUNSEL<br>CLARISSA HODGES</td></tr>
</table>

## CORRECTED LETTER

July 24, 2015

Adam K. Golden



Court Reporter, 432nd District Court
Tim Curry Criminal Justice Center
401 W. Belknap
Fort Worth, TX 76102-2000
* DELIVERED VIA E-MAIL *

Court Reporter, Criminal District Court No. 3
Tim Curry Criminal Justice Center
401 W. Belknap St.
Fort Worth, TX 76196-0215
* DELIVERED VIA E-MAIL *

Criminal District Clerk, Tarrant County
Tim Curry Criminal Justice Center
401 W. Belknap, 3rd Floor
Fort Worth, TX 76196-0402
* DELIVERED VIA E-MAIL *

Debra A. Windsor
Assistant District Attorney
401 W. Belknap St.
Fort Worth, TX 76196-0201
* DELIVERED VIA E-MAIL *

RE:     Court of Appeals Numbers: 02-15-00223-CV, 02-15-00224-CV,
                                   02-15-00225-CV, 02-15-00226-CV,
                                   02-15-00227-CV, 02-15-00228-CV,
                                   02-15-00233-CV, 02-15-00234-CV,
                                   02-15-00235-CV, 02-15-00236-CV
        Trial Court Case Numbers: 1293990D, 1296000D, 1293890D, 1296288D,
                                   1286758D, 1276101D, 1323790D, 1323812D,
                                   1323805D, 1323795D

Style: Adam K. Golden
       v.
       The State of Texas

The court has received a copy of the notices of appeal in the above cases.
*See* Tex. R. App. P. 25.1(e).

We have not received a docketing statement for the above cases. *See* Tex. R. App. P. 32.1. Therefore, the appellant is directed to file a docketing statement no later than **Friday, July 31, 2015**, or as soon as practicable thereafter. If you cannot file a complete docketing statement at that time for good cause, you are directed to send a letter to the clerk explaining your reasons for not timely filing the statement and when you expect to file the statement.

A filing fee of $195.00 is required by appellant for **EACH** case above. *See* Tex. R. App. P. 5 and Texas Supreme Court Order of August 16, 2013 regarding fees to be charged in civil cases. **If the $195.00 is not paid by Friday, July 31, 2015, the case is subject to DISMISSAL per Tex. R. App. P. 42.3(c).**

If you do not have a lawyer for this appeal and cannot afford one, you may be able to obtain the assistance of a volunteer lawyer, free of charge, through a program administered by the State Bar of Texas and the Tarrant County Bar Association's Appellate Section. Information about this program can be found at http://www.txcourts.gov/2ndcoa/practice-before-the-court/pro-bono.aspx or at the Clerk's office front desk. Both appellants and appellees may request referral to the program by completing Section X of the docketing statement, also available at this court's website or at the front desk. The Second Court of Appeals does not run the program or appoint lawyers to litigants. You must therefore still comply with all applicable deadlines until a volunteer attorney appears in this court on your behalf.

**NOTE TO APPELLANT:** At or before the time for perfecting the appeal, you must request in writing that the official reporter prepare the reporter's record. The request must designate the exhibits to be included. A request to the court reporter must also designate the portions of the proceedings to be included. You must also file a copy of this request with the trial court clerk. *See* Tex. R. App. P. 34.6.

**NOTE TO PARTIES:** Except for the docketing statement, all filings by the parties, and all correspondence and rulings by the court, in this appeal will be posted to this court's website and will be accessible to the parties and the public when viewing the case record via the Case Search function on this court's website. Upon a party's motion showing good cause, the court may order that filings and briefs in an appeal not be posted to the court's website. Motions and briefs filed with this court must redact sensitive information in accordance with rules 9.9 and 9.10 of the Rules of Appellate Procedure and this court's local rule 7. Tex. R. App. P. 9.9, 9.10; 2nd Tex. App. (Fort Worth) Loc. R. 7. The court may require a document to be corrected and resubmitted if, upon screening, the court discovers unredacted sensitive data. A party who is not represented by counsel is not required to include his or her home address on any filing except the docketing statement.

FILE COPY

**NOTE TO COURT REPORTER:** You must file the reporter's record in this court within 60 days after the date the judgment is signed; OR 120 days if a timely motion for new trial is filed; OR 10 days after the notice of appeal is filed if this is an accelerated appeal; OR 30 days after the notice of appeal is filed in a restricted appeal. *See* Tex. R. App. P. 35.1. You should contact the appellant(s) and make arrangements for receiving payment for the record. *See* Tex. R. App. P. 35.3(b)(3). If you were not the court reporter in this case, or if additional court reporters took testimony in this case, please advise the court in writing immediately.

Respectfully yours,

DEBRA SPISAK, CLERK

*Debra Spisak*

By: Rose M. Stewart, Deputy Clerk